No. 99–9880.  BELL *v.* VALDEZ, JUDGE, ET AL.   C. A. 5th Cir. Certiorari denied.

No. 99–9881.  WHITAKER *v.* MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 99–9882.  WILSON *v.* MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 99–9885.  TAYLOR *v.* TUCKER ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 99–9887.  CHAN *v.* PATAKI, GOVERNOR OF NEW YORK, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 99–9891.  MILLER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 99–9892.  BARAJAS-MONTIEL *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 99–9893.  MELTON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 99–9895.  MITCHELL *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 99–9896.  NORRIS *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 99–9897.  SPEARMAN *v.* ATLAS, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS.   C. A. 5th Cir.   Certiorari denied.

No. 99–9898.  REGISTER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 99–9899.  OUTTEN *v.* RICE, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 99–9900.  CARROLL *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.